**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| CHANDAN STEEL LIMITED | Court No. 21-00540 |
| Plaintiffs, | **SUMMONS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**TO:**    The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

*/s/ Mario Toscano*
Clerk of the Court

**Name and Standing of Plaintiffs**

Plaintiff in this action – Chandan Steel Limited – is a producer and exporter of certain stainless steel flanges (the "subject merchandise") from India. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A). It was a party who actively participated in the U.S. Department of Commerce's 2018-2019 administrative review, which resulted in the contested determination, Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

**Brief Description of Contested Determination**

Plaintiff contests the U.S. Department of Commerce's Final Results of the 2018-2019 Administrative Review in *Stainless Steel Flanges from India.* These results are reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(1) & (B)(iii), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the Federal Register of the Final Results of the administrative review, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

**Date of Review Determination**

The contested final results were issued by the U.S. Department of Commerce on August 20, 2021.

**<u>Date of Publication of Notice of Contested Determination</u>**

Notice of the U.S. Department of Commerce's Final Results of the 2018-2019 Administrative Review in *Stainless Steel Flanges from India* was published in the Federal Register at 86 Fed. Reg. 47619 (Aug. 26, 2021).

_____

Peter Koenig
Squire Patton Boggs
2550 M Street NW
Washington DC 20036
Peter.koenig@squirepb.com
202 669 1901
Counsel to Chandan Steel Limited

Dated: September 24, 2021

## SERVICE OF SUMMONS BY THE CLERK

  This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on September 24, 2021, copies of Plaintiffs' Summons were served on the following parties by certified mail, return receipt requested:

Office of Chief Counsel for Trade
Enforcement & Compliance U.S.
Department of Commerce 1401
Constitution Avenue, NW Room 3627
Washington, DC 20230-0001

Dhanish Doshi

Echjay Forgings Private Limited
603-604, Raheja Chambers
213 Backbay Reclamation
Nariman Point, Mumbai
Maharashta, India

Yuvraj Malhotra
Hilton Metal Forging Limited
701, Palmspring, Palmcourt Complex
Link Road, Malad - West
Mumbai - 400064
Maharashtra, India

Akansha Garg
Chandan
SBA Strategy Consulting LLP
50, First Floor, Dhuleshwar Garden, Jaipur,
Rajasthan (India)- 302001

Duane Layton Mayer Brown LLP
1999 K Street NW
Washington DC 20006

Daniel B. Pickard, Esq.
Representative of Coalition of American
Flange Producers and its individual
members:
Core Pipe Products, Inc. and Maass Flange
Corporation
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

Arpit Bhargava
Representative of Chandan Steel Limited
SBA Strategy Consulting LLP
1 "Vishwa Shila"
Pareek College Road
Bani Park Jaipur - 302016
India

Peter Koenig, Esq.
Representative of Bebitz Flanges Works
Private Limited
Squire Patton Boggs (US) LLP
2550 M Street, NW
Suite 300
Washington, DC 20036

Peter Koenig