UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Consol. Court No. 21-00512 |

ORDER OF JUDGMENT BY STIPULATION

IT IS HEREBY ORDERED, in view of the stipulation indicating that Case Nos. 21-00512 and 21-00542 have been settled, that those cases are decided and that judgment is to be entered by the Clerk of this Court; and it is further ORDERED that:

1. All claims raised in Case Nos. 21-00512 and 21-00542 are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney fees.

2. The preliminary injunctions obtained by the plaintiffs in Case Nos. 21-00512 and 21-00542, shall be dissolved, in accordance with this entry of judgment.

3. There being no further issues that remain undecided, judgment is entered in Case Nos. 21-00512 and 21-00542, consistent with this Order.

4. *Chandan Steel Limited v. United States*, Court No. 21-00540, shall be deconsolidated from Consol. Court No. 21-00512 and shall remain pending. All pertinent filings in Court No. 21-00512 shall be incorporated by reference on the docket of Court No. 21-00540.

Dated: September 30, 2024
New York, N.Y.

/s/ Timothy C. Stanceu
Judge Timothy C. Stanceu