UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANDAN STEEL LIMITED<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant. | Before: Timothy C. Stanceu, Judge<br><br>Court No. 21-00540 |

**NOTICE OF APPEAL**

Notice is given that Chandan Steel Limited, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on October 2, 2024 (Dkt. No. 27); the Opinion (Slip Op. 24-105) entered in this action on October 2, 2024 (Dkt. No. 26); and the Opinion and Order (Slip Op. 23-172) entered on December 8, 2023 in the docket of Consolidated Court No. 21-00512 (Dkt. No. 62) and incorporated into the above-captioned case on September 30, 2024 when the Court deconsolidated the above-captioned case from Consolidated Court No. 21-00512 (Dkt. No. 25).

Date: November 27, 2024

                                    Respectfully submitted,

                                    */s/ Jeremy W. Dutra*
                                    Jeremy W. Dutra
                                    jeremy.dutra@squirepb.com
                                    Peter Koenig
                                    peter.koenig@squirepb.com

                                    SQUIRE PATTON BOGGS (US) LLP
                                    2550 M Street, NW
                                    Washington, DC 20037
                                    (202) 457-6000

                                    *Counsel to Plaintiff Chandan Steel Limited*